## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARL HUNDLEY, as the Personal Representative of the Estate of Brian E. Hundley** | |
| Plaintiff, | Civil Action No. 02-0638 |
| vs. | (HHK) |
| **THE DISTRICT OF COLUMBIA, et al.,** | |
| Defendants. | |

### NOTICE OF SETTLEMENT

Comes now, the plaintiff, by and through counsel, and hereby notifies that the Court that the parties have reached a settlement in this matter. The Court is further advised upon delivery of the release in this matter by the District of Columbia, this matter shall be promptly dismissed with prejudice.

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095

Counsel for the Plaintiff